IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01149-MJW

D THREE ENTERPRISES, LLC,

Plaintiff,

v.

EJOT FASTENING SYSTEMS L.P.,

Defendants.

**ORDER SETTING SCHEDULING/PLANNING CONFERENCE AND SETTING DEADLINE FOR FILING OF PILOT PROGRAM CONSENT FORM**

Entered by U.S. Magistrate Judge Michael J. Watanabe

The above-captioned case has been directly assigned to Magistrate Judge Michael J. Watanabe pursuant to the Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges.  The parties are expected to become familiar with the Pilot Program (see Docket No. 6).

**IT IS HEREBY ORDERED** that plaintiff shall **FORTHWITH** serve defendant.

**IT IS FURTHER ORDERED that on or before July 16, 2015, the parties shall complete and file the Pilot Program Consent Form, indicating either unanimous consent of the parties or that consent has been declined.  Please note that this date may be earlier than the default deadlines contemplated by the Pilot Program.**

**IT IS FURTHER ORDERED** that a Scheduling/Planning Conference pursuant to Fed.R.Civ.P.16(b) shall be held on:

> July 30, 2015, at 1:30 p.m.
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

If this date is not convenient for any counsel/pro se party, he/she should confer with opposing counsel/pro se party and file a motion to reschedule the conference to a more convenient date.  Absent exceptional circumstances, no request for rescheduling

any appearance in this court will be entertained <u>unless a motion is filed no less than FIVE (5) business days in advance of the date of appearance.</u>

**IT IS FURTHER ORDERED** that plaintiff shall notify defendant of the date and time of the Scheduling/Planning Conference.

**IT IS FURTHER ORDERED** that counsel shall hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f) and D.C.COLO.LCivR 16.1 and 26.1(a) on or before <u>21 days prior to scheduling conference</u>. Pursuant to Fed. R. Civ. P. 26(d) no discovery shall be sought until after the pre-scheduling conference meeting. No later than five (5) business days prior to the Scheduling/Planning Conference, counsel shall file their proposed Scheduling Order **(in PDF)** in compliance with the ECF Filing Procedures. In addition, on or before fourteen (14) days after the pre-scheduling conference meeting, the parties shall comply with the mandatory disclosure requirements of Fed. R. Civ. P. 26(a)(1).

Counsel/pro se parties shall prepare the proposed Scheduling Order as in accordance with the form Proposed Scheduling Order in a Patent Case, pursuant to the Pilot Program Implementing Proposed Local Patent Rules. *See* http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/PilotProjects.aspx

All out-of-state counsel shall comply with D.C.COLO.LAttyR 3(a) prior to the Scheduling/Planning Conference. It is the responsibility of counsel to notice the court of their entry of appearance, notice of withdrawal, or notice of change of counsel's address, e-mail address, or telephone number by complying with the ECF Procedures and filing the appropriate motion or document with the court.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification and be subject to security procedures. <u>See</u> D.C.COLO.LCivR 83.2. Failure to comply with the identification requirement and security procedures will result in denial of entry into the Alfred A. Arraj United States Courthouse.

DONE AND SIGNED THIS 3rd DAY OF JUNE, 2015.

BY THE COURT:

s/Michael J. Watanabe

_____

MICHAEL J. WATANABE
United States Magistrate Judge