IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01149-MJW

D THREE ENTERPRISES, LLC,

Plaintiff,

v.

EJOT FASTENING SYSTEMS L.P.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Plaintiff's Unopposed Motion to Adopt Agreed Protective Order and Agreed Order Regarding E-Discovery (docket no. 23) is GRANTED finding good cause shown.  The written Agreed Protective Order (docket no. 23-1) is APPROVED as amended in paragraph 7 and made an Order of Court.  The written Stipulation and Order Regarding E-Discovery (docket no. 23-2) is APPROVED as tendered and made an Order of Court.

Date: September 2, 2015